# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT DAVIS, | : | No. 20 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order dated June 3, |
| | : | 2019, entered on June 4, 2019, in |
| | : | the Commonwealth Court at No. 181 |
| v. | : | MD 2019. |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 22nd day of January, 2020, the Order of the Commonwealth Court is hereby AFFIRMED.